Isidore Hackman, also known as Irving L. Hackman, appellee, v. Jacob Platt, defendant. Live Stock National Bank of Chicago and Eva Stone, appellants. Gen. No. 40,274.

Opinion filed February 14, 1939. Rehearing denied February 27, 1939.

Samuel J. Horwitz and B. M. Steiner, for certain appellant; B. M. Steiner, of counsel. Arthur F. Schwartz and Irving L. Hackman, for appellee; Arthur F. Schwartz, of counsel.

Mr. Justice Friend delivered the opinion of the court.